**Order filed, July 18, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00620-CV
_____

**THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER HOUSTON,**
**Appellant**

**V.**

**RUSSELL DESOTO AND JUDY DESOTO, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-61332**

## ORDER

The reporter's record in this case was due **July 9, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Martinez Montalvo**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM